
Financial Disclosure Incomplete

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | EXEMPT | | | | |
| 1 AGILENT | | NONE | J | T | | | | | |
| 2 AOL | | NONE | O | T | | | | | |
| 3 ASTRAZENECA | A | DIV | J | T | | | | | |
| 4 AT & T | A | DIV | J | T | | | | | |
| 5 BECTON DICKINSON | A | DIV | J | T | | | | | |
| 6 BLOCKBUSTER | A | DIV | K | T | | | | | |
| 7 BOEING | A | DIV | J | T | | | | | |
| 8 CISCO | | NONE | K | T | | | | | |
| 9 CITIGROUP | A | DIV | K | T | | | | | |
| 10 COCA COLA | A | DIV | J | T | | | | | |
| 11 CORVIS | | NONE | J | T | | | | | |
| 12 CP | A | DIV | J | T | | | | | |
| 13 DELL | | NONE | M | T | | | | | |
| 14 DISNEY | A | DIV | K | T | | | | | |
| 15 FIRST VA BANKS | A | DIV | J | T | | | | | |
| 16 FREDDIE MAC | A | DIV | K | T | | | | | |
| 17 GILLETTE | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| PFIZER | A | DIV | J | T | | | | | |
| PROCTOR GAMBLE | A | DIV | J | T | | | | | |
| PSNRY | | NONE | J | T | | | | | |
| SCHLUMBERGER | A | DIV | J | T | | | | | |
| SCIENTIFIC ATLANTA | A | DIV | K | T | | | | | |
| STATE STREET | A | DIV | K | T | | | | | |
| TEXAS INSTRUMENTS | A | DIV | M | T | | | | | |
| TMO | | NONE | K | T | | | | | |
| WCOM | | NONE | J | T | | | | | |
| XMSR | | NONE | L | T | | | | | |
| WASHINGTON REIT | A | DIV | K | T | | | | | |
| PARADIM INC PFD | A | DIV | J | W | | | | | |
| AMER CENT GR FUND | B | DIV | J | T | | | | | |
| DAVIS SER REAL EST FUND | A | DIV | J | T | | | | | |
| FIDELITY CONTRAFUND | C | DIV | K | T | | | | | |
| FIDELITY FREEDOM 2010 | A | DIV | J | T | | | | | |
| FIDELITY LOW PRICED | D | DIV | M | T | | | | | |
| FIDELITY MAGELLAN | D | DIV | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children See pp 34-57 of Instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 71   VANGUARD INT'L GR | C | DIV | K | T | | | | | |
| 72   VANGUARD SM CAP INDEX | D | DIV | L | T | | | | | |
| 73   PILGRIM WW EM FUND | | NONE | J | T | | | | | |
| 74   ALLFIRST BANK M. MKT | E | INT | O | T | | | | | |
| 75   ARK MONEY MKT | A | DIV | J | T | | | | | |
| 76   CMA MONEY FUND | C | DIV | L | T | | | | | |
| 17   C. SCHWAB MONEY MKT | A | DIV | J | T | | | | | |
| 78   C. SCHWAB MUNI M FUND | C | DIV | L | T | | | | | |
| 9   FIRST UNION CHECKING | A | INT | J | T | | | | | |
| 80   CHEVY CHASE BANK | A | INT | J | T | | | | | |
| 81   1/8 INTEREST IN COTTAGE, KNOCKLONG, LIMERICK, IRE | A | RENT | J | W | | | | | |
| 82   HOGAN & HARTSON L.L.P. INVESTMENT FUND | A | INT | J | W | | | | | |
| 83   SHAW PITTMAN INVESTORS- 2000 L.L.C. | A | INT | J | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 700 | 000 | 00 | Notes payable to banks—secured | | O | |
| U.S. Government securities—add schedule | | O | | Notes payable to banks—unsecured | | O | |
| Listed securities—add schedule | 2,107 | 021 | 21 | Notes payable to relatives | | O | |
| Unlisted securities—add schedule | 2 | 000 | 00 | Notes payable to others | | O | |
| Accounts and notes receivable: | | O | | Accounts and bills due | | O | |
| Due from relatives and friends | | O | | Unpaid income tax | | O | |
| Due from others | | O | | Other unpaid tax and interest | | O | |
| Doubtful | | O | | Real estate mortgages payable—add schedule | 270 | 272 | 27 |
| Real estate owned—add schedule | 435 | 000 | 00 | Chattel mortgages and other liens payable | | O | |
| Real estate mortgages receivable | | O | | Other debts—itemize: | | O | |
| Autos and other personal property | 18 | 000 | 00 | | | | |
| Cash value—life insurance | 11 | 911 | 06 | | | | |
| Other assets—itemize: | 778 | 615 | 76 | | | | |
| SEE SCHEDULE | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 270 | 272 | 27 |
| | | | | Net Worth | 3,782 | 275 | 76 |
| Total Assets | 4,052 | 548 | 03 | Total liabilities and net worth | 4,052 | 548 | 03 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | O | | Are any assets pledged? (Add schedule.) | | NO | |
| On leases or contracts | | O | | Are you defendant in any suits or legal actions? | | NO | |
| Legal Claims | | O | | Have you ever taken bankruptcy? | | NO | |
| Provision for Federal Income Tax | | O | | | | | |
| Other special debt | | O | | | | | |